

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| Helmerich & Payne International Drilling Co. and Albert Denzell Barnes, | § | No. 08-22-00105-CV |
|  | § | Appeal from the |
| Appellants, | § | 112th District Court |
| v. | § | of Reagan County, Texas |
| Laura Sanchez, Individually and as Representative of the Estate of Oscar Sanchez, Jr., Deceased, Cristian Sanchez, Haley Sanchez, Marlee Sanchez and Jaden Sanchez, | § | (TC# CV02251) |
|  | § |  |
|  | § |  |
| Appellees. | § |  |

**O R D E R**

The Court GRANTS Elizabeth Lusk's request for an extension of time within which to file the Reporter's Record until **November 7, 2022.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Elizabeth Lusk, Official Court Reporter for the 112th District Court for Reagan County, Texas, prepare the Reporter's Record and forward the same to this Court on or before November 7, 2022.

IT IS SO ORDERED this 31st day of October, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.